

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 0:26-cv-60340-EA

**Sadiel Viset-Kinet,**

      Petitioner,

v.

**Kristi Noem,**
**Pamela Bondi,**
**Todd M. Lyons,**
**Garrett Ripa,**
**Warden, Broward Transitional Center,**

      Respondents.

_____/

## ORDER CLOSING CASE

This cause comes before the Court on the parties' joint stipulation of dismissal without prejudice [ECF No. 21]. Therefore, it is **ORDERED AND ADJUDGED**:

1. The petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. This **CASE IS CLOSED**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

    **ORDERED** in Chambers in West Palm Beach, Florida, this 18th day of March 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Mark Andrew Prada**
Prada Dominguez, PLLC
3191 Coral Way
Suite 500

Miami, FL 33145
786-238-2222
Fax: 786-708-9508
Email: mprada@pradadominguez.com

**Alexandra Paola Friz-Garcia**
Fonte Immigration Firm PL
901 Ponce de Leon Blvd Suite 601
Coral Gables, FL 33134
7863803585
Email: afriz@visadoctors.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Chantel Doakes Shelton**
DOJ-USAO
99 NE 4th Street
Ste 300
Miami, FL 33132
305-961-9353
Email: chantel.doakes@usdoj.gov

**Natalie Diaz**
U.S. Attorney's Office
99 NE 4th Street
3rd Floor
Miami, FL 33132
305-961-9306
Fax: 305-530-7139
Email: natalie.diaz@usdoj.gov